IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT EARL JOHNSON, | )<br>)<br>) |
| Petitioner, | ) CIVIL ACTION NO.: CV206-044 |
| v. | )<br>) |
| UNITED STATES OF AMERICA, | ) (Case No.: CR202-032)<br>) |
| Respondent. | )<br>) |

### ORDER

The Court scheduled this matter for hearing for September 8, 2006, on Petitioner's Motion for habeas corpus relief filed pursuant to 28 U.S.C. § 2255. Robert Earl Johnson appeared at the hearing before Magistrate Judge James E. Graham and requested that his motion be dismissed. Accordingly, Movant's oral motion is hereby **GRANTED**, and the captioned case is **dismissed**.

**SO ORDERED**, this 11 day of September, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)